# EXHIBIT A

## Yorba Capital Management

Yorba Capital Management
2400 E. Katella Ave. | Ste. 800 | Anaheim, CA 92806 | Toll Free: 888.370.3868 | Fax: (424) 336-9495

*Personal and Confidential*

April 27, 2018

JOHN KNOTTS
400 MCGEE RD
TUNNELTON WV 26444-7730

Re: YORBA CAPITAL MANAGEMENT VS. JOHN KNOTTS
Case No: KL0075458
Amount Owed: $2,341.20

### LITIGATION NOTICE

You have chosen to ignore our previous attempts to resolve this matter.

You are hereby notified that a recommendation to file a lawsuit to collect this debt may be the next step resulting in a judgment entered against you.

A judgment is a serious legal matter and several methods to collect a judgment are available to us. These methods include:

- A wage garnishment against you, your spouse, or your domestic partner (if against the spouse or domestic partner a court order is required);
- Levy on your bank accounts or safe deposit box;
- Placement of liens on real property or personal property; and
- Suspension of your real estate, contractor, or driver's license under certain circumstances.

Any of the methods mention above can be used to enforce a judgment until the total amount owed is paid. Also, you will be required to pay Yorba Capital Management a 10% interest on the unpaid balance of this judgment plus any attorney fees, court costs, and processing fees.

Keep in mind, a judgment is valid and enforceable for 10 years and can be renewed for an additional 10-year time period.

If you want to avoid any further legal action, you need to contact our office within 10 days of this notice; otherwise, we will assume you do not intend to pay this debt and litigation will be commenced immediately.

Govern yourself accordingly.

Sincerely,

Don Sterling
Legal Administrator

*This communication is an attempt to collect a debt and any information obtained will be used for that purpose.*