IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

John Knotts
    Plaintiff,

v.                                           Civil Action No. 1: 18-cv-185
                                                  (Judge Kleeh)

Yorba Capital Management LLC
and Daniel Portilla,
    Defendants

## ENTRY OF DEFAULT BY CLERK

On this 29th day of January, 2019, the records in the above styled action indicate that the Plaintiff filed a Complaint on September 28, 2018. Defendants, Yorba Capital Management LLC and Daniel Portilla were personally served with a summon's and a copy of the Complaint on October 24, 2018.  To date Yorba Capital Management LLC and Daniel Portilla  Defendants have failed to plead or otherwise defend within the time provided by Federal Rules of Civil Procedure and the Plaintiff has filed with the Court a Request for Entry of Default by Clerk. Therefore, pursuant to Rule 55(a) of the Federal Ruler of Civil Procedure, **DEFAULT** is and the same hereby entered against the above-named Defendants  for failure to file an answer or otherwise defend.

CHERYL DEAN RILEY,

Clerk of Court

By:  /s/ ***J. Musgrave***

J. Musgrave, Deputy Clerk